UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JERMAINE HEFLIN**, <br><br> Petitioner, <br><br> v. <br><br> **MATT MACAULEY**, <br><br> Respondent. | 2:19-CV-11230-TGB-PTM <br><br> HON. TERRENCE G. BERG <br><br><br> **ORDER GRANTING MOTION TO EXTEND STAY (ECF NO. 5)** |

Jermaine Heflin, ("Petitioner"), filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his Wayne County Circuit Court conviction of first-degree murder and commission of a felony with a firearm. ECF No. 1. On May 22, 2019, this Court granted Mr. Heflin's motion to hold the petition in abeyance pending his state post-conviction review proceeding. ECF No. 4.

On March 24, 2021, Mr. Heflin filed a motion to extend or lift the stay. ECF No. 5. In compliance with this Court's previous order, Petitioner notes that he has exhausted his state court remedies. However, Mr. Heflin seeks a 90 day extension of the stay as the facility where he is currently incarcerated at has restricted access to the law library in an effort to stop the spread of COVID-19. Without access to the law library, Petitioner is unable to conduct the necessary research to supplement his petition.

Because of the effects of COVID-19 on the facility where he is incarcerated, it is **ORDERED** that the motion to stay (ECF No. 5) is **GRANTED** and the petition for writ of habeas corpus shall be stayed and held in abeyance for 90 days from the entry of this order.

**SO ORDERED.**

Dated: April 30, 2021
s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE